LAW OFFICES
## WILLIAMS & CONNOLLY LLP®

AMANDA M. MACDONALD
(202) 434-5416
amacdonald@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

April 24, 2023

> Application Granted
> /s/ Valerie Figueredo, U.S.M.J.
> DATED: 4-25-2023
>
> The Clerk of Court is directed to terminate the motion at ECF No. 31.

VIA ECF FILING

Hon. Valerie Figueredo, U.S. Magistrate Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse, 500 Pearl Street
New York, New York 10007-1312

Re:   *Ghose v. Ernst & Young LLP*, No. 1:22-cv-7881

Dear Judge Figueredo:

On behalf of Defendant Ernst & Young LLP ("EY"), we write pursuant to Rule I(g) of the Court's Individual Rules and Practices in Civil Cases to request to file redacted versions of Exhibits C, D, E, and F to Defendant's Response to Plaintiff's Letter Motion for Conference (ECF No. 26). On each of these documents, EY has redacted Plaintiff's personal e-mail address and telephone number at her counsel's request. *See* Ex. 1 (email from Plaintiff's counsel). Please note that Exhibits E and F contain additional redactions that were made by Plaintiff prior to their production to EY; so that the Court may distinguish between the different redactions, those made by Plaintiff are noted in ALL CAPs.

Respectfully submitted,

/s/ Amanda M. MacDonald
**WILLIAMS & CONNOLLY LLP**
Steven M. Farina (*pro hac vice*)
Amanda M. MacDonald (*pro hac vice*)
Samiyyah Ali (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024
Tel: (202) 434-5000
sfarina@wc.com
amacdonald@wc.com
sali@wc.com

WILLIAMS & CONNOLLY LLP

April 24, 2023
Page 2

        Feyilana Lawoyin (NY Bar No. 5713821)
        650 Fifth Avenue, Suite 1500
        New York, NY 10019
        Tel: (646) 949-2800
        flawoyin@wc.com

        */s/* Rizwan A. Qureshi
        **REED SMITH LLP**
        Rizwan A. Qureshi (NY Bar No. 4612453)
        1301 K Street, N.W.
        Suite 1000 – East Tower
        Washington, DC 20005
        Telephone: (202) 414-9200 (ext. 9218)
        Facsimile: (202) 414-9299
        rqureshi@reedsmith.com

        *Attorneys for Defendant*