UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SAYANTANI GHOSE,

                           Plaintiff,                       22-CV-07881 (RA) (VF)

      -against-                                     **ORDER**

ERNST & YOUNG, LLP,

                           Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      As discussed at the conference before this Court on April 26, 2023, Plaintiff is directed to produce documents to Defendant by **Friday, April 28, 2023**. In addition, a telephonic conference is hereby scheduled for **Thursday, May 4, 2023 at 4:30 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code 9781335**.

      SO ORDERED.

DATED:    New York, New York
               April 26, 2023

                                                       _____
                                                       VALERIE FIGUEREDO
                                                       United States Magistrate Judge