UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAYANTANI GHOSE,

                Plaintiff,

        v.

ERNST & YOUNG, LLP,

                Defendant.

22-CV-7881 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      By order dated July 10, 2023, Magistrate Judge Figueredo granted the parties' requested extension of time to complete discovery, such that fact discovery is now set to be completed by September 22, 2023. *See* Dkt. 48.

      Accordingly, the post-fact discovery conference previously scheduled for July 21, 2023 is hereby adjourned to October 6, 2023, at 4:00 p.m.; Call-In Number: (888) 363-4749; Access Code: 1015508#. No later than one week in advance of the conference, the parties shall submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion, as well as what efforts have been made to settle the action.

SO ORDERED.

Dated:    July 18, 2023
             New York, New York

                                                      Hon. Ronnie Abrams
                                                      United States District Judge