

**Michael J. Willemin**
mwillemin@wigdorlaw.com

October 3, 2023

**VIA ECF**

The Honorable Ronnie Abrams
Thurgood Marshall United States Courthouse
40 Foley Square Courtroom 1506
New York, NY 10007

      Re:    Sayantani Ghose v. Ernst Young, LLP, Civ. Case No. 1:22-cv-7881 (RA)(VF)

Dear Judge Abrams,

We represent Plaintiff in this matter and write with Defendant's consent to seek a short adjournment of the conference currently scheduled for October 6, 2023. The reason for this request is that I will be lead trial counsel in this matter and I am not available to participate on October 6, 2023 due to travel conflicts. We have conferred with counsel for Defendant and, should the Court grant this rescheduling request, the parties are available October 12, 2023, and October 16-20, 2023.

We thank Your Honor for the Court's time and consideration of this matter.

Respectfully submitted,

Michael J. Willemin

Cc:    All counsel of record (*via* ECF)

Application granted. The post-fact discovery conference is adjourned to October 20, 2023 at 11:00 a.m. The parties shall submit a joint letter to the Court on the status of the case no later than one week before the conference.

SO ORDERED.

Hon. Ronnie Abrams
October 4, 2023