UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAYANTANI GHOSE,

                Plaintiff,

         v.

ERNST & YOUNG, LLP,

               Defendant.

22-CV-7881 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As discussed at Friday's conference, Defendant's motion for summary judgment is due by December 6, 2023; Plaintiff's response is due by January 10, 2024; and Defendant's reply, if any, is due by January 31, 2024. It is further ordered that the deadline to complete expert discovery is hereby adjourned.

SO ORDERED.

Dated:    October 23, 2023
            New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge